IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-274-O<br>(Supersedes Indictment Returned on Oct. 15, 2021) |
| JAYDEN PANTOJA (01) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Possess with intent to distribute a controlled substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about September 28, 2021, in the Fort Worth Division of the Northern District of Texas, defendant **Jayden Pantoja**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4piperidinyl] propanamide, commonly known as Fentanyl, a schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ BWade for*

FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: frank.gatto@usdoj.gov

Information - Page 1